AHMADOU SANKARA

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

ICE POLICE OFFICER IMMIGRATION, ET AL

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☑ Yes   ☐ No
(check one)

16 Civ. 551 (FPg)

**FILED**
AUG 16 2017
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY
UNITED STATES DISTRICT COURT

## I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's    Name AHMADOU SANKARA
ID# 16 R 0122
Current Institution MOHAWK CORRECTION FACILITY
Address 6514 RT 26 P.O. BOX 8451 ROME
NEW YORK 13442

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name HON. ALEN PAGE, IMMIGRATION JUDGE,   Shield #
Where Currently Employed 201 VARICK STREET
Address NEW YORK NY 10014

Defendant No. 2   Name ICE POLICE OFFICER,        Shield #_____
                  Where Currently Employed BUFFALO FEDERAL DETENTION FAC
                  Address 4250 FEDERAL DRIVE
                  BATAVIA NEW YORK 14020

Defendant No. 3   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 4   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 5   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

**Who did what?**

## II.  Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?

IMMIGRATION COURT AND ICE POLICE OFFICER

B.   Where in the institution did the events giving rise to your claim(s) occur?

201 VARICK STREE NY AND BUFFALO BATAVIA
NY

C.   What date and approximate time did the events giving rise to your claim(s) occur?

JULY 20 2012 AT IMMIGRATION, AND BUFFALO
BATAVIA FEDERAL DETENTION, NY

D.   Facts:  SEE: ATTACHE FOUR PAPERS NEXT PAGE

AND SEE: ASHCROFT V. IQBAL 129 S·CT.1937
AND SEE: INTERNATIONAL CONTROLS CORP. V. VESCO, 556 F 2D 665,

**What happened to you?**

Iwas order remove from the Immigration judge on july 20 2012 by discriminated against me,stated that Iam muslim for that reason that Iwas not credible that's violation of constitutional, what that mean Im muslim under the Immigration court records that don't make no sense that's discrimination,Im not terrorist,which I came to the U.S.A. because political problem,because my uncle THOMAS SANKARA was the president of my contry burkina faso,he was target an murdered on 1987,because how he take the power at time, that's the reason my father AROUNA SANKARA remove my family to go to IVORY COAST,because the former president was target my family member in murdered them,I CAN'T being In africa burkina faso,the judge discriminated against me say that Iam muslim for that reaso n hesay that I was not credible that's violation of the U.S.laws, my family was remove to Ivory coast because my uncle assasination from burkina faso,see;letter notary come from africa on 2010,my father was shot also at burkina faso but he never died at from burkina faso,we was living at IVORY COAST,1999 the civil war star my mother and the mother of my daughter was murdered coming from the market town anyama,the war was every way at the time,everyone was hiding at house,but the Immigration judge the change the cour court records say that I was protecte other people which is not correct,we don't had no weapen how I will protecte other people, because my religion muslim the judge whant to deported me that don't make no sense,he make me more religion man,Idon't sleep no more because Iam fair for my life,which I can't go back to the african contry,because my family was political mambers and the people know me because my family members for political problem,an plus my younger brother adams sankara was murdered On 2010,my family never saw his dead body,and plus my other younger brother alaji sankara was also target in murdered on 2015 whe I was in the cusdoty,the judge whant to sent me to those contry which I have enemies,that's violation,from the judge  all the evidence I supported my claim,see; my brother In law letter notary and my uncle THOMAS SANKARA letter from the computer notary caming from africa,the judge know about all that still he order remove me,and another discrimination against me againt,the judge state that I contracted my wife with HIV,that's discrimination, which at the time I don't know Iwas diagnos with HIV,the judge never told me this diagnos information at 2006,because Iknow about my diagnos on 2010,at orange county facility at Immigration,tha's why I put my diagnos on my asylum claim on 2010,how that cat hapen my wife contracted another man with HIV,by have babies with that man,who is the bad person,and the granted my wife asulum and order remove me,that's violation of the U.S.constitutional,which I put my wife on my asylum claim on2006,she was granted I was denied stated tha t Iam muslim,that's violation from the Immigration JUDGE,when the JUDGE remove me 2012,my appeal brief was file on decenber 10 2012 but the court of appeals dismissed my appeal for stay of remove, because the low court JUDGE discrimination against me,the board of the Immigration say that Iwas in front of the low court JUDGE the will go by the low court JUDGE testimony against me,see; the the board of the Immigrationorder date JULY 15 2013,Iam not again st the bord Immigration because their go by the low court testimo ny,which the the low court change the court records,the tape reco rds will prove my testimony at all the procedure at the court roo m,my rights was violated from the low court JUDGE, religion musli m,what is that means Iam muslim,that's violation of U.S. laws,

1

Iwas at the buffalo federal detention facility,my appeal was
dismissed for stay of remove,on JULY 15 2013,I suppose to being
release the same day of JULY 15 2013, for the board of the Immigr
ation order date JULY 15 2013,that's due process violation from
my deportation officer by not release me on the board of Immigrat
ion date JULY 15 2013,and detained me unlawfully at detention,the
deportation officer violated the court order, and violated my due
process, and violated U.S.general order,and violated the U.S. sup
reme court JUDGE thomas clerance order also     ,that't violation o
f the U.S. constitutional,SEE:a ZADVYDAS V.DAVIS121 s.c.t. 2491,
and SEE:also bivens v.six unknown,name agents,403.U.S.388,from
the date JULY 15 2013,which I supposse to being release I stared
get frustrate and I statred take a lot of the medication because
Iwas emotional depress because  the deportation officer holding
me unlawfully at detention,which I suppose to being release on
JULY 15 2013,for the Immigration court of appeals order date JULY
15 2013,from that day after six month from the board order ,the
deportation officer violated,the six month order by not get my
document from my embassy,he never release me after six month why
deportation officer continue detaine me unlawfully,after the
board of Immigration order date JULY 15 2013,the deportation
officer hold me more them 270 days,by violated the Immigration
rules,and violated my due process, and violated U.S. constitution
and violated U.S. ATTORNEY GENERAL rule,and violate the supreme
court of the U.S. RULES,by cruel unusual punisment,plus I was
wrongfully order revome on JULY 20 2012,which the LOW court JUDGE
know that I was diagnos with HIV,still he order remove mesay that
Iwas now HIV positive,which he know under the court records that
I will being percecuted because my diagnos for HIV from those
african contry,plus Iwill not receive no HIV MEDS has I receive
from the U.S.A,plus he know that Iwil being perceceuted from those
african contry because political problem,with all the evidence I
submitted to suported my claim still he deported me because my
religion that's violation and discrimination against me,plus and
the court records the JUDGE say that my father died because
coughingsmoking,my father never smok at his life time,by changing
the court records because he whant to deported me because Iam a
muslim that's not fair,he know under the recourds my mother and
the mother of my daughter was murdered coming from the market,and
after my younger brother adams sankara also was murdered on 2010,
and my other younger brother was also murdered on 2015 whe Iam in
custody,and my uncle who was the president of my country burkina
faso was murdered on 1987,my family has being targeter because
political problem,how the court of appeal know all this my allega
tion still the stil affirm JULY 15 2013 order on june 2 2017,that
's not fair from the court of appeal but Iam not against the cour
t of appeal because the going by the low JUDGE testimony Iam not
a terrorist that's discrimination against me,Iam muslim Im not a
terrorist,againt Im muslim Im not a torrorist,that's discriminati
on against me,wy order remove me because Im muslim for that reaso
n I was not credible why why why,he need to go look for those
Iam not a torrorist,my rights has being violated because Iam
muslim what is that means im muslim Iam afraid,Iam afraid againt.
I can't go back to african country because my family was politica
l menbers,I will be perceceuted If I go back to africa,and I can't
go back to africa because my children has rights over me for they
education from the U.S.A. and their suppotrs,and plus my medical

HIV condition  I WILL BE PERCECUTE and I wiil not receive meds,

Iam respectfully the court to question the low court Immigration
JUDGE because my last hearing 2012 the JUDGE say under the court
records that he will granted my asylum,to not came to my court
date july 20 2012,but I was order remove on that day,that don't
make no sense,because when I receive my complete Immigration file
from the U.S.attorney general from washington D.C.I saw a complai
nt against me on the Immigration file,that complaint was sent to
the court on may 24 2012,say that I stole 5 cellulars phone,and
clothing,and laptop,that complaint came from theCHRIST HOUSE INC,
432 East 142 street,Bronx,N Y 10454,that's the person post my
Immigration bond when I was at the Immigration,because when he
visit me at orange county at the Immigration he say he will help
me post my bail,but Ihad to pay him back,when I was release I was
at the christ house 432 East 142 street,because Iam muslim he don
't like me to pray has muslim at christ house,maybe he don't like
me no more,plus I did not pay his money back, Iwas not working at
the time from my release from the Im migration,plus he whant me
to eat at his house all the time,Iam muslim I don't eat pork plus
other unlawful food,plus my mail was caming to his house,my mail
has being open without my consent,I started ask why my mail has
being open without my consent,that be came problem between me and
other five people living at the same room,they started discrimina
te against me,because Idon't eat with them no more,I bay my own
food,and I don't pray has the pray before the eat,the say that Im
not real muslim because I had hiv,say that Iam gay,that be came
probelm between me and those five people who not muslim,because I
was pray my five time prayers every day,and other extra pray,they
don't no my problem why Iwas pray all the time,we was had problem
between has at the house,Ibelieve they make history by lying acai
nst me,say that I stole five cellulars phones, and clothing, and
new laptop,by lying against me,I was not aware about the police
complaint against me,all those five african people at christ hous
e there are bad people, because the complaint against me,I beleiv
e that's the reason the Immigration JUDGE order me remove on july
20 2012,say that Im muslim that don't make no sense,plus theJUDGE
never told me this complaint against me,that's violation,because
the JUDGE suppose to ask me question about those allegation,the
police complaint say petit larceny,how five cellulars phones, and
clothing, and new laptop,can be petit larceny,that don't make no
sense,plus my name was not at the police report complaint,they
five people violate my asylum  rights,and the JUDGE ALSO violate
me not let me know about this false allegation,I beleive because
I don't pay raul morales bail money back that's the reason they
make history allegation against me,becase Iam muslim the non
muslim,because I left the christ house,because discrimination
against me and  against me,I was not had no problem with raul
morales at christ house raul morales never came to the room where
we was living,I never had a problem with that man raul morales,
at christ house,those african people know that I had a Immigratio
n case pending,raul morales my told them about his bail money tha
t I never pay him,they my told raul morales to wrote to the court
that Immigration JUDGE sent me back to the Immigration custoty,
the Immigration JUDGE violate my rights for my defense to know
about those allegation against me,which is not true,false allegat
ion against me,and Iwas order remove,that's not fair from the
Immigration JUDGE,I suppose to know about this false allegation.,
I was order remove july 20 2012,and Iwas shot the next day july
21 2012,the day Ireceive my new apartment from H.R.A.because my
hiv,medical condition,I was shot because discrimination Im muslim

4

THE OWNER OF THE RESTAURANT IVORY COAST AT 119
STREET BETWEEN PARK AND MADISON AND THE FROM IVORY
COAST CAME TO THAT RESTAURANT. BY SHOW THEM MY
PICTURE. SOME OF THEM WHO KNOW ME WILL
TESTIFY FOR MY FAMILY HAS BEING TARGETER FROM
AFRICA BECAUSE POLITICAL PROBLEM, AND THE WILL TESTIFY
FOR MY FAMILY THOSE WAS MURDERED, THE U·S·ATTORNEY
GENERAL ONLY NEED TO SENT SOME ONE WITH MY
PICTURE BY SHOW THEM THE WILL TESTIFY FOR MY
PERCECUTION BECAUSE MY FAMILY MEMBERS· WAS
POLITICAL MEMBERS, I HAD ENEMIES AT AFRICA THOSE
COUNTRY, PLUS MY DIAGNOS CONDITION I WILL BE PUNISHE
AND PERCECUTED, PLUS I WILL DIED SLOWLY SLOWLY SLOWLY
BY NOT GET MY HEALTH CONDITION MEDICATION. PLUS I NEED
TO COMPTROLLE MY CHILDRENT MEDICAL CONDITIONS.
AND THEY EDUCATION AND SUPPORT MY CHILDREN· BECAUSE
MY FATHER ALL WAY SUPPORTED ME AT HIS LIFE
TIME. BEFORE HE DEAD, I WILL SUPPORTED MY CHILDREN
ALSO· FOR THEIR NEED AND THEY LIFE, FOR THE FUTURE, GOD BLESS ME,

Was anyone else involved?

Who else saw what happened?

III. Injuries: BEFORE HE DEAD, I WILL SUPPORTED MY CHILDREN

AMEE, If you sustained injuries related to the events alleged above, describe them and state what medical
treatment, if any, you required and received.

MENTAL DAMAGE FRUSTRATED
EMOTIONAL, DISTRESS, DIPRESS, UNLAWFULLY
CONFINEMENT, DISCRIMINATION, I AM CONTINUE FEIR
FOR MY LIFE BECAUSE THE ENEMIES FROM THOSE AFRICAN
COUNTRY BY BEING PERCECUTED, AND MY MEDICAL CONDITION
BY DIED SLOWLY SLOWLY SLOWLY IF IM NOT GET,
MEDS, FRUSTRATED PRAY EVERY NIGHTS AND DAY,

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be
brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a
prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are
available are exhausted."  Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes √    No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

BUFFALO FEDERAL DETENTION FACILITY

4250 FEDERAL DRIVE BATAVIA NY 14020

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _✓_   No _____   Do Not Know _____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____   No _✓_   Do Not Know _____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _✓_   No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _✓_   No _____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? AT BUFFALO BATAVIA FEDERAL DETENTION

1. Which claim(s) in this complaint did you grieve? WRONGFULLY CONFINMENT

2. What was the result, if any? NO RESUL

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I FILE PETITION TO THE WESTERN DISTRICT OF NEW YORK FOR MY WRONGFULLY CONFINMENT, SEE: DOCKET # 14-CV-110,

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I ALL WAY FILE GRIEVANCE,

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

I WAS ALL WAY SAY TO MY DEPORTATION OFFICER TO RELEASE, ME BECAUSE HE CAN'T FIND MY DOCUMENT TO REMOVE ME, I TOLD HIM THAT HE VIOLATION WASHINGTON D.C. SIX MONTHS RULE

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I WROTE TO WASHINGTON D.C. FOR MY UNLAWFULLY CONFINEMENT PASS SIX MONTH, AT THE TIME I DON'T KNOW THE BOARD OF IMMIGRATION DISMISSED MY CLAIM FOR STAY, OF REMOVE, WHICH I SUPPOSE TO BE RELEASE ON JULY 15 2013, BUT HE NEVER RELEASE ME, THE FEDERAL COURT RELEASE ME 2014 MARCH OR MAY

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I AM RESPECTFULLY REQUESTING THE WESTERN DISTRICT OF NEW YORK, TO RESPECTFULLY REQUEST THE IMMIGRATION COURT OR THE U.S. ATTORNEY GENERAL TO GRANTE MY ASYLUM CLAIM, AND THE FEDERAL COURT TO RULE ON THE PUNATIVE DAMAGE AGAINST THOSE TWO FEDERAL WORKER WHO VIOLATE MY DUE PROCESS AND MY U.S. CONSTITUTIONAL RIGHTS, BECAUSE I HAD CLAIM AGAINST STATE OFFICERS ALSO FOR FALSE ARREST AND WRONGFULLY CONVICTED THAT'S FAIR, FOR THE COURT TO SETTLE UNDER THE LAWS, I'M REQUESTING THE COURT TO QUESTION IMMIGRATION JUDGE ALAN PAGE, FOR THE REASON HE ORDER REMOVE ME, BECAUSE I WAS ORDER REMOVE JULY 20 2012, AND I WAS SHOT JULY 21 2012, BECAUSE WHEN I RECEIVE MY IMMIGRATION FILE, NEXT PAGE →

I SAW A COMPLAIN AGAINST THE PERSON WHO POST MY BAIL
TO BE RELEASE FROM THE IMMIGRATION, CHRIST HOUSE INC, 432
EAST 142 ST, BRONX NY 10454, I SUPPOSE TO PAY IS BAIL MONEY $800,00
BACK, BUT I WAS NOT WORKING, HE FILE COMPLAINT AGAINST ME SAY THAT
I STOLE 5 CELLULARS PHONES, AND CLOTHING, AND LAPTOP, BY LYING
AGAINST ME, BECAUSE I'M MUSLIM I WAS PRAY ALL THE TIME AT HIS
HOUSE MAYBE HE DON'T LIKE ME NO MORE BECAUSE BECAUSE I DON'T
PAY HIS $800.00 BACK AND SENT COMPLAINT TO THE IMMIGRATION ON
MAY 24 2012, AND I WAS REMOVE ORDER FROM THE JUDGE ON JULY
20 2012, AND I WAS SHOT JULY 21 2012, AFTER 7-20 2012, NOW
HOW THAT HAPPEN N.J. I WAS SHOT JULY 21 2012, AFTER 7-20 2012,
ORDER REMOVE, ALL THIS IS DISCRIMINATION AGAINST ME, RELIGION MATTA

## VI. Previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff AHMADOU SANKARA
Defendants ICE OFFICER HOLDER

2. Court (if federal court, name the district; if state court, name the county) WESTERN DISTRICT OF NEW YORK

3. Docket or Index number 14-CV-110,

4. Name of Judge assigned to your case I DON'T KNOW

5. Approximate date of filing lawsuit MAY BE 2013 END OR 2014

6. Is the case still pending? Yes ✓ No ____
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) PENDING

---

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff AHMADOU SANKARA
Defendants POLICE OFFICER LIAM O'HARA ET AL

2. Court (if federal court, name the district; if state court, name the county) SOUTHERN DISTRICT OF NEW YORK,

3. Docket or Index number 15-CV-7761

4. Name of Judge assigned to your case P.K.C. J.L.C.

5. Approximate date of filing lawsuit OCT 2015

6. Is the case still pending? Yes ✓ No _____
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) *CASE STAYED,* *BECAUSE WRONGFULLY ARREST AND WRONGFULLY CONVICTED*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 9 day of AUGUST , 20 17

Signature of Plaintiff     SANKARA AHMADOU

Inmate Number     16 R 0122

Institution Address     MOHAWK CORRECTION FACILITY 6514 RT 26 P.O. BOX 8451 ROME NEW YORK 13442

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 9 day of AUGUST , 20 17 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:     SANKARA AHMADOU

27/10/2010 22:38 Fax oo226 421966 Cyber planet                    001

Thomas Sankara was born on December 21st of 1949 at his secondary studies where the college PMK of Ouagadougou for his secondary studies where he met and knew a friend named Blaise Compaore. When he finished his education he became Captain, along with his friend with who he received the same military formation at the formation center Commando de PO, under their Commandant, Joan Baptiste Oledrago, and Thomas Sankara went to jail because of political problems. His friend, Blaise compare with some others left PO to help their friend, Thomas Sankara and in 1984 they took over the power with the C.N.R. Three years later, his childhood friend who was the closest to them all Blaise Compaore, was seen by some of their companies as some body who got a vision of taking the power back.

Among those who did not came back we got for example Aluna Traore and a lot others like Sankara Hamadou, father Yone Haronna Sankara, mother Maiga Aichata.

Sworn on day of November 2010
*Notary signature*
Notary Public

11/29/10

JUAN ZAPATA
Notary Public of New Jersey
My Commission Expires April 12, 2015

001029

**TOURE IN2A**

**IVORY COAST 23/10/10**

I'm coming with this note to inform you about the difficulties that my brother in law, AHMADOU SANKARA, got since the murder of THOMAS SANKARA in 1987 in BURKINA FASCO, because of that murder, they are looking for him in Burkina Fasco and his life is in danger because THOMAS SANKARA was his uncle:

During the war in IVORY COAST, his mother, AISSSATS MAIGA and his baby mother was killed. They shot also his father, YERO AROWNA SANKARA, who is gravely sick and hospitalize:

His daughter leaves actually in misery with her Grand- mother who don't got any financial resources:

With all this difficulties and for fear of his life, he choose to leave and go to the U.S.A to avoid death.

Sworn on day of November 2010
*SANKAR HIMMOX*
Notary Public

*11/29/10*

JUAN ZAPATA
Notary Public of New Jersey
My Commission Expires April 12, 2013

U.S. Department of Justice
Executive Office for Immigration Review
United States Immigration Court


In the Matter of                          File:   A097-528-851


AHMADOU SANKARA          )          IN REMOVAL PROCEEDINGS
                         )
      RESPONDENT         )          Transcript of Hearing
                         )


Before ROBERT D. WEISEL, Immigration Judge


Date: August 19, 2010                Place:


Transcribed by DEPOSITION SERVICES, Inc.


Official Interpreter:


Language:


Appearances:

    For the Respondent: PRO SE

    For the DHS: LAUREN WEINTRAUB


000176

1    Q.    Do you have that A number?

2    A.    What, the 8:30 case?

3    Q.    Yes, the individual.

4    A.    The one that I--

5    Q.    On the 18th.

6    A.    It's A 78 417 085.

7    Q.    78 41 --

8    A.    7 085.  Mr. Perez did very little on Mr.

9    Sankara's case because we didn't take very much testimony.

10    Q.    Okay.  Okay, Judge.

11    A.    All right?

12    Q.    Oh, it's on for a decision -- oh.

13    A.    That's basically all, it's done.  It's a, he got

14    the documents.  I'm going to grant the case.  It's not going to

15    take long.  That's why I stuck it in there at 8:30 in the

16    morning.  And he is represented by I think Antheson (phonetic

17    sp.) or Ms. Sezsa (phonetic sp.), one of the, she's always

18    coming on that case, so I know she'll be here.  Somebody will.

19    Q.    Okay, Judge.  Let me --

20    JUDGE TO CLERK

21    Q.    It's that Uriah James case, Alicia, on August

22    18th at 8:30 a.m., 085.

23    A.    Yes.

24    Q.    I think that's Antheson's case.

25    A.    No.

A097-528-851               124               August 12, 2011

```
1              A.    We could do that.  All right.

2    JUDGE FOR THE RECORD

3              Okay, I'm going to put it for a date when the Reverend

4    Robert Vitaglione is here in Court.  That would be August 19th

5    at 1 o'clock.  It's a closer date.  August 19, 2010 at 1:00 p.m.

6    JUDGE TO MR. SANKARA

7              Q.    On that date the Reverend Robert Vitaglione is

8    expected to be here and he will be representing other people and

9    then he could represent you as well.

10             A.    Okay.

11             Q.    That's it for today.  Good luck.

12             A.    Okay.

13   JUDGE FOR THE RECORD

14             Okay, let's try with the interpreter again.  Now,

15   let's try that case.  This is number --

16   UNIDENTIFIED MALE TO JUDGE

17             Q.    My sister speak English.

18             A.    No, no.  We can't use that.  We've got to use an

19   official interpreter, sir.

20   JUDGE TO UNIDENTIFIED FEMALE

21             Q.    169, you got this?

22             A.    Yes, Your Honor, I

23             Q.    Oh, okay.

24   JUDGE TO UNIDENTIFIED FEMALE

25             Q.    Thank you for calling InterpreTalk.  Hello, this
```

000174

May, 20 2012

Dear Mr. Raul Morales,

   I am writing to you in the hope you can get my laptop returned to me by Mr. Sankara, who took it without my permission when he moved out of Christ House. He called me on May 4, after I had reported stolen to the police, and said he had borrowed it because he needed it, but I know from having lived with him at Christ House, that he does not know how to use a computer. I begged him to return it to me because I have on it many notes and documents I use to study for the up-coming exam to get my medical license. He has not done so. Not only is the laptop gone, but other residents have lost cell phones and clothing to him.

I came to this country because I was oppressed and subject to much injustice. I appreciate the values and liberty I now enjoy. Mr. Sankara apparently does not care about the values and rights of others, and if he cannot repair the damage he has done, I hope he will be appropriately punished.

Please find the police report attached.

Yours truly

Aime Lufulwabo

# Christt House Inc.

432 East 142 St.
Bronx, NY 10454
morales@christhouse.us

RECEIVED
DEPARTMENT OF JUSTICE

12 MAY 29 PH 12: 18

E.O.I.R.
IMMIGRATION COURT
201 VARICK STREET
NEW YORK, NY

Served on the
Department of
Homeland Security

May, 24 2012

Honorable Judge Page
The Immigration Court
201 Varick Street, Room 1140
New York, NY. 10014

My name is Raul Morales, and I am the Director of Residents at Christ House Inc. We work with asylum seekers, victims of torture, etc. I am also a member of the Riverside Church Sojourners which has a ministry of visiting those in detention.

In one of our visits to Hudson Co. Jail I met Mr. Ahmadou Sankara A097 528 851, We established a relationship and I made arrangements to get him released on bail, which I put on my personal credit card with the condition that he would pay the $800 service charge. Since Christ House offers room and board (dormitory style) to asylum seekers, we were able to take him in while waiting for his court dates. He joined us in Sept. 2011. Unfortunately Mr. Sankara not only did not honor his promise to me about the $800, but he also stole a number of things from the other residents when he left to live with friends on May 2012. He took 5 cellulars phones, clothing, and worst of all, a new laptop belonging to a resident from Africa who is preparing to take the UMLE examination towards his medical license. The greatest loss was not the lap top, but all the data stored on it which the resident was using to prepare for the exam.

Judge Page, you have access to Mr. Sankara since he has an appointment at your court on June 1st. I am asking you to make a condition for his acceptance that he return all the things he stole from the residents or give the money to replace the items. I am willing to let go the $800 because it was a risk I took. The residents of Christ House however, should not be punished because of this man's bad character.

I am including with this letter the police report for the stolen laptop and a letter from Mr. Aime' Lufulwabo, the person who lost it.

Respectfully yours,

Raul Morales

Raul Morales
432 East 142 Street
Bronx, NY 10454

000428



**U.S. Department of Justice**

Executive Office for Immigration Review

*Office of the General Counsel*

5107 Leesburg Pike, Suite 2600
Falls Church, Virginia 20530

February 22, 2016

Ahmadou Sankara
16RO122
Ulster Correctional Facility
P.O. Box 800
Napanoch, NY 12458

Re: A-097-528-851

Dear Mr. Sankara:

This letter is in response to your correspondence to the Executive Office for Immigration Review (EOIR), Office of the General Counsel, dated February 12, 2016. In your correspondence, you indicate that you are seeking information on "any other" immigration actions or relief applications. You also state that you are a United States citizen because you wife was granted citizenship through an application process. We provide the following information.

Please note that EOIR, which includes the Immigration Courts and the Board of Immigration Appeals, is an adjudicative body charged with interpreting the immigration laws of the United States and conducting hearings on a wide variety of immigration issues. As such, this office is precluded from providing legal advice.

Our electronic records indicate that an immigration judge ordered you removed on July 20, 2012. An appeal affirmed the immigration judge's order on July 15, 2013.

An immigration attorney may be your best source of information regarding your current situation. Therefore, as a courtesy we have also enclosed a list of free or low cost legal service providers in your area. We hope this information will be of assistance to you.

Sincerely,

Phillip Rimmer
Paralegal

Enclosures

EX. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMADOU SANKARA,

                    Plaintiff,

            -against-

JANE/JOHN DOE WHO WORKED AT
LINCOLN HOSPITAL BRONX N.Y. (E.R.)
DOCTOR WHO OPENED ME UP ATTEMPTED
TO REMOVE SOMETHING THAT DID NOT
EXIST (WITHOUT X-RAYS) JULY 21, 2012;
JANE/JOHN DOE WERE DOCTORS,

                    Defendants.

15-CV-5046 (LAP)

ORDER OF DISMISSAL

APPEALs
15-3973

LORETTA A. PRESKA, Chief United States District Judge:

        Plaintiff is proceeding *pro se* and *in forma pauperis*.  By order dated August 3, 2015, the

Court directed Plaintiff to amend his complaint.  Plaintiff submitted an amended complaint on

October 2, 2015, and the Court has reviewed it.  The Court dismisses the amended complaint for

the reasons set forth below.

### STANDARD OF REVIEW

        The Court must dismiss a complaint, or portion thereof, that is frivolous or malicious,

fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant

who is immune from such relief.  28 U.S.C. §§ 1915(e)(2)(B), 1915A(b); *see Abbas v. Dixon*,

480 F.3d 636, 639 (2d Cir. 2007).  While the law mandates dismissal on any of these grounds,

the Court is obliged to construe *pro se* pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d

Cir. 2009), and interpret them to raise the "strongest [claims] that they *suggest*," *Triestman v.*

*Fed. Bureau of Prisons*, 470 F.3d 471, 474-75 (2d Cir. 2006) (internal quotation marks and

citations omitted, emphasis in original).



U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

5107 Leesburg Pike, Suite 2000
Falls Church, Virginia 22041

SANKARA, AHMADOU
A097-528-851
16 R 0122
Mohawk Correction
Facility 6514 rt 26
P.O. Box 8451
Rome, New York 13442

DHS/ICE Office of Chief Counsel - NYD
201 Varick, Rm. 1130
New York, NY 10014

Name: SANKARA, AHMADOU

A 097-528-851

Date of this notice: 6/2/2017

Enclosed is a copy of the Board's decision in the above-referenced case. If the attached decision orders that you be removed from the United States or affirms an Immigration Judge's decision ordering that you be removed, any petition for review of the attached decision must be filed with and received by the appropriate court of appeals within 30 days of the date of this decision.

Sincerely,

*Cynthia L. Crosby*
Cynthia L. Crosby
Acting Chief Clerk

Enclosure

Panel Members:
Guendelsberger, John

Userteam: <u>Docket</u>

# General Docket
# Court of Appeals, 2nd Circuit

**Court of Appeals Docket #: 17-2257**                  **Docketed:** 07/21/2017
Sankara v. Sessions
**Appeal From:** Immigration & Naturalization Service
**Fee Status:** due

**Case Type Information:**
   **1)** Agency
   **2)** Petition for Review
   **3)** Immigration

**Originating Court Information:**
   **District:** INS-1 : A097-528-851
   **Date Decided:**                          **Date Rec'd COA:**
   06/02/2017                                 07/21/2017

**Prior Cases:**
   None

**Current Cases:**
   None

**Panel Assignment:**    Not available

---

Ahmadou Sankara (State Prisoner: 16-R-0122)
    Petitioner

Ahmadou Sankara, -
[NTC Pro Se]
Mohawk Correctional Facility
6514 Route 26
P.O. Box 8451
Rome, NY 13442

------------------------

Jefferson B. Sessions III, United States Attorney General
    Respondent

Lisa Marie Arnold, Senior Litigation Counsel
[COR NTC US Attorney]
United States Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044

OIL, -
[NTC -]
United States Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044

# Thomas Sankara

From Wikipedia, the free encyclopedia

**Thomas Isidore Noël Sankara** (December 21, 1949 – October 15, 1987) was a Burkinabé military captain, Marxist revolutionary, Pan-Africanist theorist, and communist President of Burkina Faso from 1983 to 1987.[1][2] Viewed as a charismatic, and iconic figure of revolution, he is commonly referred to as "Africa's Che Guevara."[1][3][4][5]

Sankara seized power in a 1983 popularly supported coup at the age of 33, with the goal of eliminating corruption and the dominance of the former French colonial power.[1][6] He immediately launched "the most ambitious program for social and economic change ever attempted on the African continent."[6] To symbolize this new autonomy and rebirth, he even renamed the country from the French colonial Upper Volta to Burkina Faso ("Land of Upright Men").[6] His foreign policies were centered around anti-imperialism, with his government eschewing all foreign aid, pushing for odious debt reduction, nationalizing all land and mineral wealth, and averting the power and influence of the IMF and World Bank. His domestic policies were focused on preventing famine with agrarian self-sufficiency and land reform, prioritizing education with a nation-wide literacy campaign, and promoting public health by vaccinating 2.5 million children against meningitis, yellow fever and measles.[7] Other components of his national agenda included planting over ten million trees to halt the growing desertification of the Sahel, doubling wheat production by redistributing land from feudal landlords to peasants, suspending rural poll taxes and domestic rents, and establishing an ambitious road and rail construction program to "tie the nation together."[6] Moreover, his commitment to women's rights led him to outlaw female genital mutilation, forced marriages and polygamy; while appointing females to high governmental positions and encouraging them to work outside the home and stay in school even if pregnant.[6]

In order to achieve this radical transformation of society, he increasingly exerted authoritarian control over the nation, eventually banning unions and a free press, which he believed could stand in the way of ...



**Thomas Sankara**

**5th President of Burkina Faso (formerly known as Upper Volta)**
**In office**
August 4, 1983 – August 4, 1984

| | |
|---|---|
| Preceded by | Jean-Baptiste Ouédraogo |
| Succeeded by | *None (country renamed to Burkina Faso)* |

**1st President of Burkina Faso**
**In office**
August 4, 1984 – October 15, 1987

| | |
|---|---|
| Preceded by | *None (country renamed from Upper Volta)* |
| Succeeded by | Blaise Compaoré |

| | |
|---|---|
| Born | December 21, 1949<br>Yako, Upper Volta (now Burkina Faso), French West Africa |
| Died | October 15, 1987 (aged 37)<br>Ouagadougou, Burkina Faso |
| Nationality | Burkinabé |
| Political party | none (military) |
| Spouse(s) | Mariam Sankara |
| Religion | Roman Catholic |

**MOHAWK CORRECTIONAL FACILITY**
6514 Rt. 26
P.O. Box 8451
Rome, N.Y. 13442

NAME: _AHMADOU SANKARA_ DIN: _16 R 0122_



MOHAWK
CORRECTIONAL
FACILTY



UNITED STATES POSTAGE

PITNEY BOWES

02 1M
0008006559
$ 01.82⁰
AUG 14 2017
MAILED FROM ZIP CODE 13442

USDC - WDNY
AUG 16 2017
BUFFALO

To: HON. FRANK P. GERACI, JR
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
BUFFALO, NEW YORK 14202-3350



LEGAL MAIL