Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

AHMADOU SANKARA

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 16-CV-551

v.

ICE POLICE OFFICER IMMIGRATION, et al.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Amended Complaint is dismissed with prejudice; any appeal from this Order would not be taken in good faith and leave to appeal to the Court of Appeals as a poor person is denied; any requests to proceed on appeal as a poor person should be directed on motion to the United States Court of Appeals for the Second Circuit.

Date: March 8, 2018

MARY C. LOEWENGUTH
CLERK OF COURT

By: N.E.
    Deputy Clerk