# MANDATE

W.D.N.Y.<br>
16-cv-551<br>
Geraci, C.J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of December, two thousand eighteen.

Present:

    Dennis Jacobs,
    Guido Calabresi,
        *Circuit Judges,*
    Jed S. Rakoff,*
        *District Judge.*

---

Ahmadou Sankara,

        *Plaintiff-Appellant*,

v.                                                                    18-2198

ICE Police Officer Immigration, Hon. Alen Page, Immigration Judge,

        *Defendants-Appellees*.

---

Appellant, pro se, moves for in forma pauperis status. However, this Court has determined sua sponte that the notice of appeal was untimely filed. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED for lack of jurisdiction. *See* 28 U.S.C. § 2107; *Bowles v. Russell*, 551 U.S. 205, 214 (2007). It is further ORDERED that Appellant's motion is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/20/2019

---

* Judge Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.